IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TERRY HEAGY                                                                                         PLAINTIFF

VS.                                                                                                  No. 1:05CV112-D-D

HARTFORD LIFE INSURANCE COMPANY                                      DEFENDANT

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)      the Defendant's motion for summary judgment (docket entry 11) is GRANTED;

(2)      the Plaintiff's motion for summary judgment (docket entry 16) is DENIED;

(3)      the Plaintiffs' claims are DISMISSED; and

(4)      this case is CLOSED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 26th day of June 2006.

                                                                  /s/ Glen. H. Davidson
                                                                  Chief Judge